UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RONALD PEPIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   2:15-cv-00231JDL |
| | ) |
| GENERAL DYNAMICS-OTS, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed his Recommended Decision (ECF No. 46) with the court on November 23, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired on December 12, 2016, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.  ECF No. 46 at 20.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The motion for summary judgment (ECF No. 31) filed by Defendant, is **GRANTED.**

SO ORDERED.

Dated this 15th day of December 2016.

                                                              /s/Jon D.Levy
                                                   **U.S. DISTRICT JUDGE**